IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BETTY BLACK, on behalf of herself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SETTLEPOU, P.C.,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO.<br>3:10-CV-1418-K |

## ENTRY OF JUDGMENT PURSUANT TO FED. R. Civ. P. 68

On July 15, 2011, Plaintiff Amparo Renee Vasquez, by and through her attorney, filed a Notice of Acceptance of Rule 68 Offer of Judgment Regarding Plaintiff Vasquez (Doc. No. 28). The Notice indicates that Plaintiff Amparo Renee Vasquez accepted Defendant SettlePou, P.C.'s offer of judgment to pay her $2,500.00, plus reasonable attorneys' fees and costs.

Therefore, pursuant to Fed. R. Civ. P. 68, judgment is entered in favor of Plaintiff Amparo Renee Vasquez against Defendant SettlePou, P.C. in accordance with Defendant's Rule 68 Offer of Judgment (Doc. No. 28).

Signed this 10th day of November, 2011.

Karen Mitchell, Clerk of Court

By: R.J. DEPUTY CLERK