IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BETTY BLACK, on behalf of herself and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § | 3:10-CV-1418-K |
| SETTLEPOU, P.C., | § § § | |
| Defendant. | § § | |

## JUDGMENT

On November 7, 2011, the Court called this case for trial. Plaintiff, Betty Black, through her attorney, announced ready for trial. Defendant, SettlePou, P.C., through its attorney, announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to the proceeding. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel. The court submitted questions and instructions to the jury. On November 10, 2011, the jury returned a unanimous verdict in favor of Betty Black, which the Court received, filed, entered of record, and hereby incorporates by reference.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that judgment is rendered for Betty Black and that Betty Black have and recover the sum of actual damages in the amount of THREE THOUSAND NINE HUNDRED FIFTY-SEVEN DOLLARS AND NINETY-THREE CENTS ($3,957.93) from SettlePou, P.C. These damages for overtime wages are calculated by multiplying 274 hours (as found by the

jury) by half of Betty Black's regular rate of $28.89 (as stipulated by the parties at trial on November 10, 2011).

It is **ORDERED, ADJUDGED, AND DECREED** that Betty Black have and recover liquidated damages, as authorized by 29 U.S.C. § 216(b), in the amount of THREE THOUSAND NINE HUNDRED FIFTY-SEVEN DOLLARS AND NINETY-THREE CENTS ($3,957.93) from SettlePou, P.C.

Further, it is **ORDERED, ADJUDGED, AND DECREED** that post-judgment interest is payable on all the above amounts allowable by law, at the applicable federal rate permitted by 28 U.S.C. § 1961, from the date of this judgment until paid.

Finally, it is **ORDERED, ADJUDGED, AND DECREED** that the Plaintiff is entitled to all writs and processes in order to collect this judgment.

Betty Black must file any attorneys' fees application pursuant to Federal Rule of Civil Procedure 54(d) within 14 days of the date this judgment is entered. Additionally, Betty Black must file any bill of costs within 14 days of the date this judgment is entered. Upon filing, the Court will consider any such attorneys' fees application and/or bill of costs.

Any relief requested and not specifically granted herein is denied.

This is a final judgment.

**SO ORDERED.**

Signed January 20th, 2012.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE