# TAB 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **BETTY BLACK,** *on behalf of herself* *and all others similarly situated,* | § § § | |
| *Plaintiffs,* | § § | **Civ. A. No. 3:10-cv-1418** **(Kinkeade, J.)** |
| **v.** | § § | |
| **SETTLEPOU, P.C.,** | § § § | |
| *Defendant.* | § | |

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
## FOR ATTORNEY'S FEES AND COSTS

I make the following declaration subject to the penalties for perjury:

1.     My name is Yona Rozen. I am over the age of 18 years, of sound mind, and fully capable of making this affidavit. I am fully competent to testify to the matters stated in this affidavit, all of which is true, and of which I have personal knowledge.

2.     I am a shareholder of GILLESPIE, ROZEN, & WATSKY, P.C. ("GRW"). GRW is a nine-lawyer firm practicing in Dallas, Texas, since 1990. GRW devotes its practice to labor and employment law. Although much of its work is in federal and state courts in Texas, GRW represents employees throughout the country, in cases involving national (or multi-state) class-and/or collective actions, and before the National Labor Relations Board.

3.     I obtained a B.A. Degree with Honors in Political Science and History from Penn State University in 1974 and a J.D. Degree from the Vanderbilt University School of Law in Nashville, Tennessee in 1978. I was admitted to the Pennsylvania Bar in 1978 and to the Texas Bar in 1985. I am admitted to practice before the United States Supreme Court, United States Court of Appeals for the Fifth, Ninth, and Federal Circuits, the United States District Courts for

the Northern, Western, and Eastern Districts of Texas. In 1978, I was hired as a field attorney for Region 3 of the National Labor Relations Board (NLRB) and remained in that position for three years. I transferred to the position of staff attorney in the Division of Advice, at the NLRB Headquarters in 1981 and remained in that position for two years. I became an associate in the law firm of Hicks, Gillespie, James & Lesser, P.C in October, 1983 and approximately two years later became a shareholder in that firm.

4.      In 1990 I became a shareholder in the firm that is now known as GILLESPIE, ROZEN, & WATSKY, P.C., with offices in Dallas, Texas. I obtained Board Certification in Labor Law (now known as Labor and Employment Law) in 1987. I have served as a member of the Executive Board of the State Bar of Texas Labor and Employment Section for several years and then as its Chair (1991-1992). I was inducted as a fellow of the College of Labor and Employment Lawyers in 2006. Throughout my legal career, my practice has predominantly involved labor and employment law since I became licensed in October 1978. I regularly write, lecture, and speak on labor and employment law issues. I have extensive civil litigation experience, with substantial experience with jury trials (over 10 as first chair), numerous bench trials, ALJ trials and hundreds of arbitrations. *Texas Monthly* and *Law & Politics* magazines have listed me as a "Super Lawyer" in Dallas (2003-2011), in 2011 in the same publications I was also listed as among the top 50 women lawyers in Texas, the top 100 lawyers in Texas and the top 100 lawyers in the Dallas-Ft. Worth area ("DFW"). In addition, I have been listed in "Best Lawyers in America" continuously since 1997.

5.      In my experience and observation, it is customary for attorneys specializing in labor, employment, and civil rights litigation in DFW to work cases on a contingency basis, with a contingent amount between one third (33 1/3%) and forty percent (40%) of the recovery, in the

event of settlement or trial. I have reviewed the fee language of Ms. Black's agreement with GRW and believe that this contingent fee arrangement is reasonable and customary.

6.     I am aware of the customary rates for attorneys of various skill levels specializing in the area of labor, employment, and other civil rights litigation in the Dallas-Fort Worth area. This knowledge stems both from cases in which my firm received a court-awarded attorney's fee and from my observations of other Dallas-Ft. Worth ("DFW")-area cases.

7.     In addition, I have reviewed several surveys addressing the range of attorney's fees in DFW, including *National Law Journal* surveys in 2010 and 2011 and a 2010 *Texas Lawyer* survey. I am attaching relevant portions of these surveys as Exhibits A through C to this declaration. The 2010 *National Lawyer Journal* survey notes that non-equity partners in Dallas average $452/hour, which was up 2.7% from the year before. Those same firms bill their 7th-year associates at an average rate of $346/hour, which is 2.4% higher than the year before. Meanwhile, the *Texas Lawyer* survey reports the average billing rate for non-equity DFW partners was $452/hour in 2010—a 2.7% gain over 2009—and $346/hour for 7th-year associates—up 2.4% for the year. Even accounting for variables like firm size and practice area, I believe that the rates that GRW requests here are comfortably within this *average* range.

8.     I believe that Mr. Gillespie's testimony that his reasonable rate is $450/hour and Mr. Sanford's reasonable rate is $375/hours is both reasonable and within the range of prevailing rates in DFW.

9.     The requested rates are also consistent with and comparable to previous fee awards in the Northern District of Texas. As one example, the Honorable Jane Boyle awarded attorney's fees on July 27, 2010, in *Nassar v. UT Southwestern Med. Center*, No. 3:08-cv-1337-B, 2010 WL 3000877. There, the plaintiff supported his fee request with declarations from two

of his lawyers and sought an hourly rate of $400/hour for the most junior associate, Mr. Walker, who was licensed in 2004. Judge Boyle eventually approved the requested rate for Mr. Walker. *See Nassar*, 2010 WL at *5. From my review of Mr. Walker's resume,[1] I believe that Mr. Gillespie's and Mr. Sanford's skill level and expertise are at least equal to that of Mr. Walker's, if not greater.

10.     In my opinion, the result obtained for Ms. Black in this case was very favorable, even accounting for the adverse retaliation verdict. In my experience, relatively few Fair Labor Standards Act ("FLSA") cases—both overtime claims and retaliation claims—proceed through trial and judgment. I have represented FLSA plaintiffs for several decades in this city and state, and my last FLSA-based trial was in 1988, in *Dalheim et al. v. KDFW-TV* (No. 3:85-cv-0894-D), in which the Fifth Circuit affirmed judgment in 1990. *See Dalheim, et al. v. KDFW-TV*, 918 F.2d 1220 (5th Cir. 1990). Likewise, I am aware of only a handful of FLSA cases—whether overtime or retaliation—cases tried through verdict in DFW over the last decade or more. These claims involve difficult issues of proof, requiring skill, expertise and determination over the life of a case—time during which, in a contingency case, the plaintiffs' attorneys constantly bear the risk of never being paid.

11.     I would like to add two additional points about unappealing aspects of cases of this sort.

a.     First, the defendant in this case is a local law firm. In my experience and observation, and from discussions with other local attorneys, I believe that few other firms would opt to represent a client suing her law-firm employer. For both reasons of collegiality and business, cases against a local member of the bar are unattractive. Among other reasons, firms

---

[1] *See Nassar v. UT Southwestern Med. Center*, 3:08-cv-1337-B  (N.D. Tex. Jun. 11, 2010)(Doc. 146-2).

**Declaration of Yona Rozen – Page 4**

like GRW meet a large share of its clientele through referrals from other law firms. By challenging a firm like SettlePou, P.C., GRW risks losing out on future referrals. GRW takes these cases because the FLSA—like many other worker-focused laws—relies on private enforcement to safeguard its important protections. But GRW's strong belief in robust enforcement of the law nonetheless comes at some cost.

b.    Second, the reasonableness of GRW's request is further justified by the contingent-fee basis of GRW's representation agreement with Ms. Black. GRW accepted this case—like all full contingency cases—with no guarantee of being compensated for its work. In accepting contingency cases, we anticipate that we will work on some cases for several years without any payment, if we lose. Consequently, it is vital to our practice that we be able to anticipate recovering a full lodestar when GRW prevails. If GRW and firms like it could not expect to obtain a full-lodestar recovery when they prevail, these firms could not afford to accept and litigate FLSA and other employment cases. The result would be under-enforcement of critical labor and employment laws due to workers' inability to obtain counsel.

12.    At Mr. Gillespie's request, I reviewed the time-keeping records submitted in support of this motion. Mr. Gillespie advised me that the fee request discounts (1) paralegal time, (2) Mr. Gillespie's time in conference with Mr. Sanford, (3) times spent pursuing the claims of opt-in plaintiff Reneé Vasquez, (4) time spent on a motion to reopen the conditional-class opt-in period, (5) Mr. Sanford's time as a second attorney at mediation, (6) time spent on issues strictly related to the retaliation claims, and (7) a global 25% reduction to account for the split verdict. I believe that these deductions are reasonable and exhibit billing judgment. The remaining time entries appear reasonable and necessary based on my understanding of the issues in this case and the efforts necessary to pursue FLSA claims successfully through trial and judgment. A two-

**Declaration of Yona Rozen – Page 5**

attorney team reasonably can expect to log 500-750 hours over the course of a one or two plaintiff overtime case, starting with discovery and depositions, proceeding through trial, and on into post-verdict and post-judgment proceedings. I believe therefore that the 573.10 hours that GRW requests is reasonable and within the range necessary in cases of this sort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: February 3, 2012

Yona Rozen

# Exhibit A



LAW.COM     Welcome to the New Law.com. Click here to register and get started.     Sign Out | My Account



An ALM Web site

# THE NATIONAL
# LAW JOURNAL
with D.C. news from LegalTimes

This Site | Law.com Network | Legal Web

**Search the Legal Web**     Go >>

30 Day Free Trial          National News          Washington News

Home     Legal Business     Law Schools     Columns     Verdicts     Opinion     Video Center     Blog

NLJ Home > The 2010 NLJ Billing Survey

### The 2010 NLJ Billing Survey

## A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2010 survey of the nation's 250
largest law firms to provide a range of hourly billing rates.
Firms that supplied the information are listed in alphabetical order. Non-NLJ 250 firms
appear separately.

**See also**
• Billing rates by associate class
• Methods of alternate billing
• Revenue generated by alternate billing



EXHIBIT
A

**LAW.COM**

Welcome to law.com. Click here to register. Not a subscriber? | Sign Out | My Account

| | | Number of started attorneys | Average of firmwide billing rates | Median of firmwide billing rates |
|---|---|---|---|---|
| Fox Rothschild | Philadelphia | 472 | $407 | $415 |
| Frost Brown Todd | Cincinnati | 404 | $279 | $280 |
| | | | | |
| Gibbons | Newark, N.J. | 223 | $404 | $410 |
| Godfrey & Kahn | Milwaukee | 172 | | |
| GrayRobinson | Orlando, Fla. | 250 | | |
| Greenberg Traurig | New York | 1,763 | $453 | $480 |
| Harris Beach | Rochester, N.Y. | 176 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 175 | $311 | $275 |
| Hodgson Russ | Buffalo, N.Y. | 197 | $328 | $320 |
| Holland & Knight | Washington | 942 | $418 | $425 |
| Holme Roberts & Owen | Denver | 192 | $355 | $345 |
| Husch Blackwell | St. Louis | 554 | $329 | $331 |
| Jackson Kelly | Charleston, W.Va. | 161 | | |
| Jackson Lewis | White Plains, N.Y. | 661 | $364 | $300 |
| Jones, Walker, Waechter, | New Orleans | 302 | | |
| Kelley Drye & Warren | New York | 325 | | |
| Kilpatrick Stockton | Atlanta | 423 | $425 | $425 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 266 | $432 | $415 |
| Lane Powell | Seattle | 175 | $349 | $380 |
| Lathrop & Gage | Kansas City | 286 | | |
| Lindquist & Vennum | Minneapolis | 184 | $330 | $350 |
| Littler Mendelson | San Francisco | 764 | $372 | $355 |
| Locke Lord Bissell & Liddell | Dallas | 642 | $486 | $515 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
1-888-770-5647 www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved.


ALM
An Integrated Media Company

Sign Out | My Account

| LAW.COM firmwide billing rates | Partner Billing Rate: High | Partner Billing Rate: Low | Average of partners' billing rates | Median started partners' billing rates | Associate Billing Rate: High | Associate Billing Rate: Low |
|---|---|---|---|---|---|---|
| $415 | $690 | $315 | $473 | $470 | $475 | $235 |
| $280 | $515 | $200 | $326 | $325 | $250 | $150 |
|  |  |  |  |  |  |  |
| $410 | $790 | $390 | $479 | $475 | $450 | $250 |
|  | $495 | $325 |  |  | $340 | $180 |
|  | $750 | $225 |  |  | $315 | $150 |
| $480 | $875 | $355 | $550 | $580 | $610 | $200 |
|  | $500 | $275 |  |  | $250 | $140 |
| $275 | $650 | $195 | $348 | $305 | $440 | $150 |
| $320 | $665 | $230 | $374 | $370 | $410 | $175 |
| $425 | $850 | $300 | $499 | $495 | $480 | $185 |
| $345 | $635 | $285 | $415 | $410 | $530 | $170 |
| $331 | $804 | $230 | $357 | $375 | $415 | $171 |
|  | $495 | $245 |  |  | $275 | $155 |
| $300 | $715 | $260 | $428 | $430 | $440 | $150 |
|  | $620 | $195 |  |  | $275 | $140 |
|  | $900 | $465 |  |  | $565 | $275 |
| $425 | $730 | $375 | $527 | $520 | $465 | $225 |
| $415 | $710 | $395 | $511 | $485 | $450 | $285 |
| $380 | $600 | $310 | $431 | $430 | $350 | $230 |
|  | $490 | $255 |  |  | $265 | $180 |
| $350 |  |  | $415 | $410 |  |  |
| $335 | $650 | $290 | $445 | $435 | $480 | $210 |
| $515 | $1,120 | $400 | $599 | $600 | $525 | $215 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
New York Lawyer
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top
500 Companies
New York's Women Leaders in the
Law
Corporate Counsel: Best Lawyers®
Annual Guides
The American Lawyer: Best Lawyers®
Annual Guides
The National Law Journal Leadership
Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved.



**LAW.COM**                                                        Sign Out | My Account

| Median partners' billing rates | Median partners' billing rates | Billing Rate: High | Billing Rate: Low | Average associates' billing rates | Median of associates' billing rates |
|---|---|---|---|---|---|
| $473 | $470 | $475 | $235 | $298 | $290 |
| $326 | $325 | $250 | $150 | $189 | $190 |
|  |  |  |  |  |  |
| $479 | $475 | $450 | $250 | $289 | $275 |
|  |  | $340 | $180 |  |  |
|  |  | $315 | $150 |  |  |
| $550 | $580 | $610 | $200 | $332 | $350 |
|  |  | $250 | $140 |  |  |
| $348 | $305 | $440 | $150 | $234 | $195 |
| $374 | $370 | $410 | $175 | $238 | $230 |
| $499 | $495 | $480 | $185 | $288 | $280 |
| $415 | $410 | $530 | $170 | $295 | $285 |
| $357 | $375 | $415 | $171 | $220 | $205 |
|  |  | $275 | $155 |  |  |
| $428 | $430 | $440 | $150 | $282 | $275 |
|  |  | $275 | $140 |  |  |
|  |  | $565 | $275 |  |  |
| $527 | $520 | $465 | $225 | $320 | $320 |
| $511 | $485 | $450 | $285 | $332 | $335 |
| $431 | $430 | $350 | $230 | $278 | $275 |
|  |  | $265 | $180 |  |  |
| $415 | $410 |  |  | $235 | $230 |
| $445 | $435 | $480 | $210 | $296 | $285 |
| $399 | $600 | $325 | $215 | $320 | $300 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
New York Lawyer
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties LLC. All rights reserved


ALM
An Integrated Media Company

**LAW.COM**   Welcome to law.com   Click here to register   Sign Out | My Account

| | | Number of attorneys | Average of firmwide billing rates | Median of firmwide billing rates |
|---|---|---|---|---|
| Schulte Roth & Zabel | New York | 433 | | |
| Seyfarth Shaw | Chicago | 704 | $377 | $375 |
| Sheppard Mullin | Los Angeles | 464 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 210 | $331 | $350 |
| Smith, Gambrell & Russell | Atlanta | 175 | | |
| Snell & Wilmer | Phoenix | 396 | $338 | $325 |
| Stoel Rives | Portland, Ore. | 368 | $381 | $395 |
| Strasburger & Price | Dallas | 181 | $336 | $351 |
| Taft, Stettinius & Hollister | Cincinnati | 286 | $315 | $315 |
| Thompson Coburn | St. Louis | 326 | | |
| Townsend and Townsend and | San Francisco, Calif. | 177 | $320 | $290 |
| Ulmer & Berne | Cleveland | 177 | | |
| Vedder Price | Chicago | 255 | $425 | $425 |
| Venable | Washington | 494 | $484 | $495 |
| Williams Mullen | Richmond, Va. | 300 | $368 | $340 |
| Winstead | Dallas | 264 | $395 | |
| Winston & Strawn | Chicago | 899 | $486 | $490 |
| Womble Carlyle Sandridge & Rice | Winston Salem, N.C. | 503 | $372 | $375 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 186 | | |
| Non-NLJ 250 Firms | | | | |
| Brinks Hofer Gilson & Lione | Chicago | 149 | $435 | $435 |
| Fowler White Boggs | Tampa, Fla. | 127 | $350 | $370 |
| Lewis, Rice & Fingersh | St. Louis | 157 | | |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011. ALM Media Properties, LLC. All rights reserved



LAW.COM

Sign Out | My Account

| firmwide billing rates | Partner Billing Rate: High | Partner Billing Rate: Low | Average of registered partners' billing rates | Median started partners' billing rates | Associate Billing Rate: High | Associate Billing Rate: Low |
|---|---|---|---|---|---|---|
| | $895 | $735 | | | $690 | $275 |
| $375 | $770 | $335 | $505 | $503 | $535 | $185 |
| | $820 | $495 | | | $620 | $270 |
| $350 | $540 | $250 | $366 | $365 | $315 | $185 |
| | $740 | $325 | | | $440 | $195 |
| $325 | $795 | $315 | $486 | $475 | $550 | $175 |
| $395 | $600 | $315 | $441 | $443 | $390 | $190 |
| $351 | $617 | $250 | $372 | $393 | $306 | $194 |
| $315 | $500 | $220 | $358 | $250 | $365 | $165 |
| | $610 | $300 | | | $395 | $190 |
| $290 | $750 | $470 | $563 | $550 | $460 | $260 |
| | $565 | $260 | | | $375 | $185 |
| $425 | $720 | $370 | $483 | $470 | $365 | $255 |
| $495 | $950 | $445 | $590 | $585 | $500 | $280 |
| $340 | $645 | $315 | $428 | $395 | $370 | $230 |
| | $655 | $340 | $462 | | $390 | $215 |
| $490 | $1,075 | $475 | $670 | $660 | $610 | $250 |
| $375 | $625 | $300 | $461 | $465 | $445 | $210 |
| | $500 | $245 | | | $285 | $180 |
| $435 | $725 | $345 | $541 | $560 | $420 | $195 |
| $370 | $575 | $325 | $400 | $388 | $315 | $205 |
| | $460 | $260 | | | $315 | $130 |

**Purchase the** electronic 2010 NLJ Billing Survey **from ALM Legal Intelligence.**
**1-888-770-5647** www.almlegalintelligence.com

---

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

---

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.



**LAW.COM**

Welcome to ... law.com. [Already registered? ...] get started.          Sign Out | My Account

| Median of partners' billing rates | Median of partners' billing rates | Associates' Billing Rate: High | Associates' Billing Rate: Low | Average of associates' billing rates | Median of associates' billing rates |
|---|---|---|---|---|---|
| | | $690 | $275 | | |
| $505 | $503 | $535 | $185 | $325 | $320 |
| | | $620 | $270 | | |
| $366 | $365 | $315 | $185 | $246 | $235 |
| | | $440 | $195 | | |
| $486 | $475 | $550 | $175 | $282 | $265 |
| $441 | $443 | $390 | $190 | $270 | $265 |
| $372 | $393 | $306 | $194 | $243 | $245 |
| $358 | $350 | $365 | $165 | $227 | $225 |
| | | $395 | $190 | | |
| $563 | $550 | $460 | $260 | $345 | $325 |
| | | $375 | $185 | | |
| $483 | $470 | $365 | $255 | $326 | $325 |
| $590 | $585 | $500 | $280 | $353 | $330 |
| $428 | $395 | $370 | $230 | $279 | $280 |
| $462 | | $390 | $215 | $291 | |
| $670 | $660 | $610 | $250 | $393 | $375 |
| $461 | $465 | $445 | $210 | $291 | $285 |
| | | $285 | $180 | | |
| $541 | | $420 | $195 | $308 | $285 |
| $400 | $388 | $315 | $205 | $250 | $255 |
| | | $315 | $150 | | |

**Purchase the electronic 2010 NLJ Billing Survey from ALM Legal Intelligence.**
1-888-770-5647 www.almlegalintelligence.com

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
Minority Law Journal
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.



ALM
An Integrated Media Company

# Exhibit B

APP 091

LAW.COM   Welcome to the New Law.com. Click here to register and get started.   Sign Out | My Account

Fed   What's the one thing we changed to simplify your LTL shipping?
Expand to Learn more ›

**TAKE OUR WEBSITE FOR A**

# TEXAS LAWYER
An **ALM** Web site

This Site | Law.com Network | Legal Web

Search the Legal Web   Go >>

HOME  |  ADVERTISE  |  CONTACT US  |  SUBSCRIBE  |  REGISTER FOR LIMITED ACCESS  |  RSS Feed

Home › This Week's Issue › *Hourly Billing Rates*

## HOURLY BILLING RATES

| City and Firm Size | Equity Partner 2010 | Equity Partner 2009 | Percent Change | Non-Equity Partner 2010 |
|---|---|---|---|---|
| Survey Averages | $397 | $391 | 1.5 | $359 |
| CITY | | | | |
| Austin/San Antonio | $392 | $386 | 1.6 | $353 |
| Dallas/Fort Worth | $484 | $476 | 1.7 | $452 |
| Houston | $410 | $405 | 1.2 | $327 |
| Other | $272 | $271 | 0.4 | $224 |
| Number of Lawyers | | | | |
| 100+ | $561 | $545 | 2.9 | $498 |
| 50-99 | $361 | $358 | 0.8 | $272 |
| 30-49 | $335 | $334 | 0.3 | $296 |
| Less than 30 | $360 | $356 | 1.1 | $290 |

terms & conditions  |  privacy  |  advertising  |  about texaslawyer.com

### the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

EXHIBIT B

LAW.COM   Welcome to the New Law.com. Click here to register and get started.

Sign Out | My Account

Fed   What's the one thing we changed to simplify your LTL shipping?

Expand to Learn more ›

**TAKE OUR WEBSITE FOR A**

# TEXAS LAWYER
An ALM Web site

This Site | Law.com Network | Legal Web

Search the Legal Web          Go >>

HOME  |  ADVERTISE  |  CONTACT US  |  SUBSCRIBE  |  REGISTER FOR LIMITED ACCESS  |  RSS FEED

Home › This Week's Issue › *Hourly Billing Rates*

## HOURLY BILLING RATES

| Non-Equity Partner 2009 | Percent Change | 7th-Year Associate 2010 | 7th-Year Associate 2009 | Percent Change | 4th-Year Associate 201 |
|---|---|---|---|---|---|
| $350 | 2.6 | $287 | $282 | 1.8 | $249 |
| | | | | | |
| $346 | 2 | $284 | $280 | 1.4 | $241 |
| $440 | 2.7 | $346 | $338 | 2.4 | $298 |
| $317 | 3.2 | $278 | $271 | 2.6 | $257 |
| $225 | -0.4 | $190 | $190 | 0 | $167 |
| | | | | | |
| $486 | 2.5 | $395 | $382 | 3.4 | $339 |
| $266 | 2.3 | $245 | $245 | 0 | $226 |
| $293 | 1 | $231 | $228 | 1.3 | $203 |
| $278 | 4.3 | $276 | $271 | 1.8 | $234 |

terms & conditions  |  privacy  |  advertising  |  about texaslawyer.com

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
New York Lawyer
GC New York
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

LAW.COM   Welcome to the New Law.com. Click here to register and get started.   Sign Out | My Account

Fed   What's the one thing we changed to simplify your LTL shipping?
Expand to Learn more ›

**TAKE OUR WEBSITE FOR A**

# TEXAS LAWYER
An **ALM** Web site

This Site | Law.com Network | Legal Web

Search the Legal Web   Go >>

HOME | ADVERTISE | CONTACT US | SUBSCRIBE | REGISTER FOR LIMITED ACCESS | CLASSIFIED

Home › This Week's Issue › Hourly Billing Rates

## HOURLY BILLING RATES

| 4th-Year Associate 2010 | 4th-Year Associate 2009 | Percent Change | 1st-Year Associate 2010 | 1st-Year Associate 2009 | Percent Chan |
|---|---|---|---|---|---|
| $249 | $243 | 2.5 | $203 | $198 | 2.5 |
| $241 | $239 | 0.8 | $210 | $209 | 0.5 |
| $298 | $288 | 3.5 | $223 | $219 | |
| $257 | $251 | 2.4 | $206 | $201 | 2.5 |
| $167 | $166 | 0.6 | $140 | $140 | 0 |
| $339 | $327 | 3.7 | $260 | $259 | 0.4 |
| $226 | $224 | 0.9 | $191 | $191 | 0 |
| $203 | $201 | 1 | $160 | $157 | 1.9 |
| $234 | $228 | 2.6 | $194 | $186 | 4.3 |

terms & conditions | privacy | advertising | about texaslawyer.com

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
New York Lawyer
GC New York
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

LAW.COM    Welcome to the New Law.com. Click here to register and get started.                    Sign Out | My Account

Fed    What's the one thing we changed to simplify your LTL shipping?
                                                      Expand to Learn more ›

TAKE OUR
WEBSITE FOR A

# TEXAS LAWYER
An **ALM** Web site

This Site | Law.com Network | Legal Web

Search the Legal Web    [ Go >> ]

HOME  |  ADVERTISE  |  CONTACT US  |  SUBSCRIBE  |  REGISTER FOR LIMITED ACCESS  |  [RSS FEED]

Home › This Week's Issue › *Hourly Billing Rates*

## HOURLY BILLING RATES

| 1st-Year Associate 2009 | Percent Change | Senior Legal Assistant 2010 | Senior Legal Assistant 2009 | Percent Change |
|---|---|---|---|---|
| $198 | 2.5 | $141 | $139 | 1.4 |
| $209 | 0.5 | $141 | $139 | 1.4 |
| $219 | | $172 | $171 | 0.6 |
| $201 | 2.5 | $145 | $141 | 2.8 |
| $140 | 0 | $87 | $90 | -3.3 |
| | | | | |
| $259 | 0.4 | $199 | $196 | 1.5 |
| $191 | 0 | $126 | $125 | 0.8 |
| $157 | 1.9 | $111 | $114 | -2.6 |
| $186 | 4.3 | $125 | $121 | 3.3 |

terms & conditions  |  privacy  |  advertising  |  about texaslawyer.com

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Small Firms
Lists, Surveys & Rankings
Legal Blogs

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
New York Lawyer
GC New York
New York Lawyer
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

# Exhibit C

THE NATIONAL LAW JOURNAL/WWW.NLJ.COM  |  DECEMBER 19, 2011

| BILLING SURVEY

# A nationwide sampling of law firm billing rates

*The National Law Journal* asked the respondents to its 2011 survey of the nation's 250 largest law firms to provide a range of hourly billing rates. Firms that supplied the information are listed in alphabetical order.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS | FIRMWIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 527 | $311 | $310 | $595 | $250 | $357 | $345 | $315 | $160 | $228 | $225 |
| Best Best & Krieger | Riverside, Calif. | 195 | $358 | $360 | $575 | $275 | $417 | $420 | $375 | $205 | $265 | $240 |
| Briggs and Morgan | Minneapolis | 185 | | | $625 | $325 | | | $305 | $230 | | |
| Broad and Cassel | Orlando, Fla. | 160 | $377 | $350 | $575 | $295 | $435 | $395 | $350 | $180 | $265 | $265 |
| Bryan Cave | St. Louis | 908 | $475 | $460 | $795 | $375 | $565 | $553 | $540 | $200 | $356 | $360 |
| Butzel Long | Detroit | 176 | | | $700 | $325 | $440 | | $425 | $225 | $274 | |
| Carlton Fields | Tampa, Fla. | 270 | $397 | $400 | $815 | $320 | $470 | $470 | $380 | $195 | $282 | $265 |
| Cozen O'Connor | Philadelphia | 504 | $439 | $410 | $900 | $305 | $510 | $490 | $550 | $225 | $330 | $330 |
| Day Pitney | Parsippany, N.J. | 324 | $447 | $450 | $960 | $380 | $537 | $525 | $470 | $250 | $317 | $315 |
| Dickinson Wright | Detroit | 229 | | | $600 | $325 | | | $320 | $200 | | |
| Dickstein Shapiro | Washington | 335 | $560 | $550 | $1,000 | $540 | $680 | $670 | $565 | $225 | $435 | $465 |
| Dinsmore & Shohl | Cincinnati | 407 | $388 | $295 | $630 | $150 | $373 | $370 | $310 | $130 | $217 | $220 |
| DLA Piper | New York | 3,348 | $585 | $615 | $1,120 | $530 | $747 | $730 | $730 | $320 | $508 | $510 |
| Dorsey & Whitney | Minneapolis | 567 | $426 | $405 | $810 | $295 | $526 | $465 | $465 | $190 | $294 | $275 |
| Duane Morris | Philadelphia | 629 | $503 | $500 | $875 | $375 | $575 | $570 | $530 | $225 | $365 | $365 |
| Dykema Gossett | Detroit | 333 | $406 | $400 | $665 | $310 | $482 | $465 | $395 | $280 | $309 | $305 |
| Epstein Becker & Green | New York | 300 | $428 | | $850 | $350 | $519 | $500 | $550 | $195 | $341 | $325 |
| Fitzpatrick, Cella, Harper & Scinto | New York | 168 | | | $739 | $460 | | $525 | $440 | $275 | | $325 |
| Fox Rothschild | Philadelphia | 450 | $413 | $420 | $725 | $325 | $486 | $483 | $455 | $190 | $297 | $295 |
| Frost Brown Todd | Cincinnati | 401 | $296 | $295 | $515 | $205 | $340 | $340 | $265 | $150 | $200 | $200 |
| Gardere Wynne Sewell | Dallas | 265 | $435 | $450 | $815 | $380 | $550 | $550 | $500 | $225 | $325 | $320 |
| Gibbons | Newark, N.J. | 199 | $505 | $450 | $725 | $400 | $563 | $505 | $475 | $285 | $380 | $320 |
| Harris Beach | Rochester, N.Y | 176 | | | $390 | $275 | | | $260 | $160 | | |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | $268 | $240 | $750 | $195 | $304 | $265 | $350 | $150 | $207 | $195 |
| Hodgson Russ | Buffalo, N.Y. | 199 | | | $685 | $240 | $378 | $360 | $420 | $180 | $234 | $225 |
| Holland & Knight | Washington | 910 | $445 | $455 | $895 | $300 | $530 | $520 | $495 | $175 | $295 | $290 |
| Hughes Hubbard & Reed | New York | 300 | $633 | $615 | $995 | $525 | $828 | $800 | $695 | $270 | $533 | $540 |
| Husch Blackwell | St. Louis | 551 | $341 | $340 | $850 | $225 | $395 | $390 | $425 | $175 | $228 | $210 |
| Jackson Kelly | Charleston, W.Va. | 170 | $275 | $275 | $595 | $255 | $319 | $325 | $260 | $155 | $208 | $205 |
| Kaye Scholer | New York | 425 | $661 | $665 | $1,080 | $685 | $831 | $835 | $705 | $310 | $519 | $525 |
| Kelley Drye & Warren | New York | 321 | $474 | $400 | $925 | $480 | $534 | $645 | $595 | $275 | $425 | $420 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 268 | $439 | $415 | $735 | $415 | $525 | $500 | $495 | $295 | $346 | $345 |
| Lane Powell | Seattle | 180 | $405 | $425 | $645 | $340 | $460 | $450 | $360 | $225 | $295 | $285 |
| Lathrop & Gage | Kansas City, Mo. | 281 | $337 | $340 | $735 | $275 | $390 | $390 | $410 | $205 | $245 | $245 |
| Lewis, Rice & Fingersh | St. Louis | 162 | $275 | | $470 | $270 | | | $320 | $150 | | |
| Lowenstein Sandler | Roseland, N.J. | 249 | $478 | $480 | $895 | $435 | $613 | $595 | $560 | $250 | $400 | $390 |
| Manatt, Phelps & Phillips | Los Angeles | 322 | $602 | $620 | $850 | $540 | $676 | $670 | $550 | $215 | $464 | $500 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | $245 | $275 | $575 | $295 | $350 | $375 | $325 | $185 | $250 | $235 |
| McKenna Long & Aldridge | Atlanta | 425 | $472 | $455 | $800 | $405 | $562 | $540 | $510 | $215 | $374 | $375 |
| Michael Best & Friedrich | Milwaukee | 208 | $321 | $310 | $650 | $245 | $413 | | $310 | $205 | $241 | |
| Miller & Martin | Chattanooga, Tenn. | 184 | $313 | $325 | $610 | $240 | $369 | $375 | $275 | $185 | $215 | $215 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | $318 | $310 | $590 | $220 | $412 | $400 | $350 | $170 | $255 | $250 |
| Nexsen Pruet | Columbia, S.C. | 178 | | | $550 | $235 | | | $265 | $170 | | |

SEE SAMPLING, PAGE 13

APP 097

THE NATIONAL LAW JOURNAL www.nlj.com | DECEMBER 19, 2011

13

BILLING SURVEY

SAMPLING, FROM PAGE 12

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | FIRMWIDE | | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | MEDIAN | HIGH | LOW | AVERAGE | MEDIAN | HIGH | HIGH | LOW | AVERAGE | MEDIAN |
| Patton Boggs | Washington | 512 | $546 | $560 | $990 | $410 | $659 | $645 | $870 | $570 | $240 | $410 | $415 |
| Pepper Hamilton | Philadelphia | 459 | | | $825 | $380 | $557 | | $460 | $460 | $235 | $344 | |
| Perkins Coie | Seattle | 693 | $462 | | $875 | $285 | $550 | $545 | $590 | $590 | $215 | $368 | |
| Phelps Dunbar | New Orleans | 280 | $236 | $225 | $465 | $190 | $281 | $275 | $245 | $245 | $160 | $189 | $190 |
| Polsinelli Shughart | Kansas City, Mo. | 466 | | | $630 | $275 | | | $335 | $335 | $205 | | |
| Saul Ewing | Philadelphia | 220 | $431 | $450 | $750 | $350 | $532 | $490 | $495 | $495 | $245 | $326 | $390 |
| Schulte Roth & Zabel | New York | 406 | $615 | $630 | $935 | $770 | $846 | $840 | $675 | $675 | $285 | $608 | $580 |
| Seyfarth Shaw | Chicago | 702 | $437 | $425 | $790 | $355 | $528 | $525 | $505 | $505 | $225 | $341 | $340 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | | | $860 | $505 | | | $835 | $835 | $275 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 208 | $345 | $365 | $555 | $265 | $364 | $375 | $320 | $320 | $195 | $252 | $255 |
| Stoel Rives | Portland, Ore. | 373 | $385 | $395 | $625 | $320 | $451 | $450 | $565 | $565 | $195 | $292 | $275 |
| Strasburger & Price | Dallas | 181 | $363 | $362 | $630 | $211 | $395 | $397 | $332 | $332 | $139 | $250 | $238 |
| Thompson & Knight | Dallas | 319 | $520 | $520 | $875 | $440 | $594 | $585 | $460 | $460 | $250 | $358 | $350 |
| Thompson Coburn | St. Louis | 325 | | | $750 | $315 | | | $445 | $445 | $195 | | |
| Ulmer & Berne | Cleveland | 179 | $316 | | $585 | $260 | $405 | | $390 | $390 | $200 | $269 | |
| Vedder Price | Chicago | 246 | $445 | $445 | $735 | $295 | $550 | $490 | $520 | $520 | $265 | $345 | $335 |
| Winstead | Dallas | 265 | $406 | | $680 | $365 | $477 | | $410 | $410 | $215 | $301 | |
| Winston & Strawn | Chicago | 868 | $557 | $550 | $1,130 | $580 | $713 | $700 | $600 | $600 | $350 | $434 | $413 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $312 | $359 | $500 | $240 | $325 | $375 | $275 | $275 | $180 | $220 | $235 |

* Attorney numbers are from NLJ 253 published in April 2011.

BILLING SURVEY

THE NATIONAL LAW JOURNAL/WWW.NLJ.COM  I  DECEMBER 19, 2011

# Firms report their billing rates by associate class

Below is a sampling of hourly rates charged by law firms that establish billing rates based on associate class.
Firms that supplied this information are listed in alphabetical order.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FTE ATTORNEYS* | 1ST YEAR | 2D YEAR | 3D YEAR | 4TH YEAR | 5TH YEAR | 6TH YEAR | 7TH YEAR | 8TH YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| Bryan Cave | St. Louis | 908 | $200-$365 | $200-$355 | $250-$385 | $225-$420 | $300-$430 | $335-$455 | $280-$485 | $350-$510 |
| Butzel Long | Detroit | 176 | $225 | | | | | | | |
| Carlton Fields | Tampa, Fla. | 270 | $195-$210 | $210-$225 | $210-$225 | $225-$240 | $250-$265 | $255-$315 | $275-$365 | $300-$380 |
| Cozen O'Connor | Philadelphia | 504 | $225-$290 | $225-$290 | $235-$320 | $245-$360 | $245-$340 | $265-$350 | $285-$380 | $290-$395 |
| Day Pitney | Parsippany, N.J. | 324 | $244 | $275 | $295 | $291 | $301 | $335 | $360 | $351 |
| Dickinson Wright | Detroit | 229 | $195 | $205 | $210 | $220 | $235 | $245 | $255 | $265 |
| Dickstein Shapiro | Washington | 335 | $225-$290 | $275-$385 | $330-$440 | $345-$465 | $360-$490 | $390-$510 | $425-$530 | $435-$545 |
| Dinsmore & Shohl | Cincinnati | 407 | $185 | $195 | $210 | $225 | $235 | $245 | $255 | $265 |
| DLA Piper | New York | 3,348 | $345 | $395 | $455 | $520 | $580 | $620 | $650 | $675 |
| Dorsey & Whitney | Minneapolis | 567 | $238 | $253 | $260 | $297 | $305 | $336 | $378 | |
| Duane Morris | Philadelphia | 629 | $280 | $305 | $320 | $335 | $350 | $370 | $380 | $420 |
| Fitzpatrick, Cella, Harper & Scinto | New York | 168 | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |
| Fox Rothschild | Philadelphia | 450 | $220-$235 | $230-$265 | $240-$285 | $245-$300 | $245-$300 | $270-$455 | $190-$410 | $260-$425 |
| Frost Brown Todd | Cincinnati | 401 | $150 | $165-$185 | $175-$185 | $180-$225 | $190-$230 | $190-$240 | $185-$260 | $200-$265 |
| Gardere Wynne Sewell | Dallas | 265 | $225 | $260 | $290 | $320 | $350 | $370 | $385 | $400 |
| Harris Beach | Rochester, N.Y. | 176 | $160 | $175 | $200 | $215 | $215 | $235 | $235 | $260 |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | $175 | $175 | $195 | $195 | $205 | $205 | $205 | $220 |
| Hughes Hubbard & Reed | New York | 300 | $350 | $450 | $510 | $540 | $570 | $600 | $615 | $630 |
| Jackson Kelly | Charleston, W.Va. | 170 | $180 | $195 | $205 | $215 | $225 | $240 | | |
| Kaye Scholer | New York | 425 | $320 | $410 | $475 | $525 | $570 | $595 | $620 | $640 |
| Kelley Drye & Warren | New York | 321 | $305 | $305 | $350 | $380 | $420 | $450 | $470 | $500 |
| Knobbe, Martens, Olson & Bear | Irvine, Calif. | 268 | $295 | $320 | $345 | $370 | $395 | | | |
| Lane Powell | Seattle | 180 | $250 | $260 | $260-$340 | $280-$305 | $260-$325 | $265-$340 | $305-$330 | $300-$360 |
| Lathrop & Gage | Kansas City, Mo. | 281 | $205 | $210 | $220 | $230 | $250 | $255 | $270 | $280 |
| McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | 272 | $185 | $195 | $215 | $225 | $235 | $250 | $265 | $275 |
| McKenna Long & Aldridge | Atlanta | 425 | $275 | $280 | $317 | $346 | $354 | $371 | $396 | $408 |
| Michael Best & Friedrich | Milwaukee | 208 | $210 | $205-$230 | $210-$250 | $220-$300 | $225-$260 | $240-$295 | $220-$265 | $230-$305 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | $170-$265 | $210-$345 | $215-$295 | $225-$325 | $195-$335 | $205-$350 | $245-$325 | $255-$270 |
| Patton Boggs | Washington | 512 | $300 | $325 | $355 | $385 | $415 | $445 | $465 | $490 |
| Perkins Coie | Seattle | 693 | $264 | $273 | $284 | $291 | $321 | $337 | $359 | $378 |
| Saul Ewing | Philadelphia | 220 | | $245-$255 | $250-$280 | $275-$300 | $275-$340 | $275-$310 | $295-$325 | $320-$450 |
| Schulte Roth & Zabel | New York | 406 | $285-$390 | $465 | $515 | $560 | $580 | $605 | $630 | $650 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | $275-$340 | $340-$440 | $380-$490 | $410-$525 | $435-$555 | $460-$580 | $485-$610 | $505-$635 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 208 | $205 | | | | | | | |
| Strasburger & Price | Dallas | 181 | $221 | $234 | $221 | $238 | $258 | $259 | $284 | $275 |
| Thompson & Knight | Dallas | 319 | $250-$280 | $315 | $350 | $385 | $405 | $425 | $445 | $460 |
| Vedder Price | Chicago | 246 | $255 | $265 | $280 | $300 | $320 | $335 | $335 | $370 |
| Winstead | Dallas | 265 | $215 | $215 | $240 | $260 | $290 | $315 | $335 | $360 |
| Winston & Strawn | Chicago | 868 | $350 | $375 | $400 | $435 | $470 | $500 | $525 | $550 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $180 | | | | | | | |

* Full-time equivalent attorney numbers are from NLJ 250 published in April 2011.