**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BETTY BLACK,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **Civ. A. No. 3:10-cv-1418** |
| v. | § | **(Kinkeade, J.)** |
| | § | |
| **SETTLEPOU, P.C.,** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE ED KINKEADE:

Plaintiff Betty Black gives notice of her appeal to the United States Court of Appeals for the Fifth Circuit from the Court's January 20, 2012 judgment (Doc. 109) and its August 24, 2012 order (Doc. 133).

Date:   September 20, 2012

Respectfully submitted,

Gillespie, Rozen & Watsky, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204
Tel:    214.720.2009
Fax:    214.720.2291

By:   */s/ Joseph H. Gillespie*
      Joseph H. Gillespie
      *Attorney-in-charge*
      Tex. Bar No. 24036636
      josephgillespie@grwlawfirm.com
      James D. Sanford
      Texas Bar No. 24051289
      jsanford@grwlawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**BETTY BLACK**

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that on September  20 , 2012 she electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means: Keith A. Clouse, Esq., and Emily M. Stout, Esq., of CLOUSE DUNN LLP.

                */s/  James D. Sanford*
                 One of Plaintiff's Counsel